

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Blackwing Bison Meats, Inc. and
Blackwing Ostrich Meats, Inc.

v.

Union of Orthodox Jewish Congregations of America, Inc.,

**08CV1908**
**JUDGE NORGLE**
**MAG. JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs,
Blackwing Bison Meats, Inc. and
Blackwing Ostrich Meats, Inc.
17818 W. Edwards Road, Antioch, IL. 60002

FILED
Apr 3 2008
APR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Harold Saalfeld | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Harold Saalfeld* | |
| FIRM <br> The Law Offices of Harold Saalfeld | |
| STREET ADDRESS <br> 25 N. County Street, Suite 2R | |
| CITY/STATE/ZIP <br> Waukegan, IL. 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ILL. ARDC # 6231257 | TELEPHONE NUMBER <br> 847-249-7538 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |