UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blackwing Bison Meats, Inc. and Blackwing Ostrich Meats, Inc.<br><br>      Plaintiffs,<br><br>v.<br><br>Union of Orthodox Jewish Congregations of America<br><br>      Defendant. | Case No 08-C-1908<br><br>Hon. Charles R. Norgle, Sr. |

## NOTICE OF MOTION

TO: Harold M. Saalfeld
   25 N. County Street, Suite 2R
   Waukegan, IL 60085

  PLEASE TAKE NOTICE that on the 6th day of **June, 2008**, at **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Charles R. Norgle, Sr.**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2341** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant's Motion for Extension of Time to Answer or Otherwise Plead, a copy of which has been served upon all parties of record.

               /s/ Stacey L. Smiricky
               One of the Attorneys for Defendant UNION OF
               ORTHODOX JEWISH CONGREGATIONS OF
               AMERICA

Stephen J. Landes
landes@wildman.com
Stacey L. Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Suite 2800
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Harold M. Saalfeld
haroldsaalfeld@yahoo.com
25 N. County Street, Suite 2R
Waukegan, IL 60085

/s/ Stacey L. Smiricky