**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BLACKWING BISON MEATS, INC. and BLACKWING OSTRICH MEATS, INC.,<br>　　　　　　　　　　　Plaintiffs,<br>vs.<br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA,<br>　　　　　　　　　　　Defendant. | Case Number:<br>08 C 1908 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA.

| |
|---|
| NAME (Type or print)<br>Stephen J. Landes |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　s/ Stephen J. Landes |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS<br>225 West Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1567411 | TELEPHONE NUMBER<br>(312) 201-2502 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒　　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒　　NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO ☒ |

American LegalNet, Inc.
www.USCourtForms.com

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Harold M. Saalfeld
> haroldsaalfeld@yahoo.com
> 25 N. County Street, Suite 2R
> Waukegan, IL 60085

                          /s/ Stacey L. Smiricky