UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Blackwing Bison Meats, Inc., et al.

Plaintiff,

v.

Case No.: 1:08−cv−01908

Honorable Charles R. Norgle Sr.

Union of Orthodox Jewish Congregations of America

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Extension of Time to Answer or Otherwise Plead [9] is granted. Defendant Orthodox Union's time to file their answer or otherwise plead is extended to and until June 24, 2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.