IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blackwing Bison Meats, Inc. and Blackwing Ostrich Meats, Inc., Illinois Corporations | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No.   08CV 1908 Honorable Charles Norgle |
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA | ) ) ) | |
| Defendant | ) | |

To:   Stacey Smiricky
   Wildman, Harrold, Allen & Dixon
   225 W. Wacker Drive, Suite 3000
   Chicago, IL 60606

NOTICE OF MOTION

   Please take notice that on July 18, 2008 at 10:30 a.m. I shall appear before the Honorable Charles R. Norgle, or any judge presiding in his stead in courtroom 2341, 219 S. Dearborn St, Chicago, IL 60604 and present the attached Plaintiff's Motion to Voluntary Dismiss the above cause of action, copies of which are attached and hereby served upon you.

                                        /s/   Harold M. Saalfeld

**Certificate of Service**

   The undersigned hereby certifies under penalties of perjury as provided by 735 5/1-109 of the Code of Civil Procedure, that the above motion was delivered by electronic notice through the court's electronic notice systems before the hour of 7:00 p.m. on July 15, 2008

                                        Respectfully,

                                        /s/   Harold M. Saalfeld

Harold M. Saalfeld
Attorney for Plaintiffs
ARDC # 6231257
25 N. County Street, Suite 2R
Waukegan, IL 60085
Tel:   847 249 7538
Fax:   847 406 5032   haroldsaalfeld@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blackwing Bison Meats, Inc. and<br>Blackwing Ostrich Meats, Inc.,<br>Illinois Corporations<br><br>    Plaintiff<br><br>    v.<br><br>UNION OF ORTHODOX JEWISH<br>CONGREGATIONS OF AMERICA<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.    08CV 1908<br>) Honorable Charles Norgle<br>)<br>)<br>)<br>)<br>) |

**MOTION TO VOLUNTARY DISMISS**

NOW COMES the Plaintiff, Blackwing Bison Meats, Inc. And Blackwing Ostrich Meats, Inc. through their attorney, Harold M. Saalfeld, and move this court to permit the Plaintiff to Voluntarily Dismiss the above Cause of Action with Prejudice. In support thereof, the Plaintiff states as follows:

1. This action for Declaratory Judgment was filed on April 3, 2008.

2. By Agreed Orders, the parties have extended the time for Defendant to Answer or Otherwise plead.

3. No counterclaim is pending.

4. The parties have compromised all matters in dispute and at the time of the filing of this motion are in the process of exchanging a Settlement Agreement in this matter.

Wherefore, the Plaintiff pray for an Order dismissing the above case with prejudice pursuant to the Agreement of the parties with the court to retain jurisdiction for the purpose of enforcement of the agreement.

Respectfully,

/s/   Harold M. Saalfeld

Harold M. Saalfeld
Attorney for Plaintiffs
ARDC # 6231257
25 N. County Street, Suite 2R
Waukegan, IL 60085
Tel:     847 249 7538
Fax:    847 406 5032 haroldsaalfeld@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Blackwing Bison Meats, Inc. and<br>Blackwing Ostrich Meats, Inc.,<br>Illinois Corporations | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No.     08CV 1908<br>Honorable Charles Norgle |
| UNION OF ORTHODOX JEWISH<br>CONGREGATIONS OF AMERICA | ) ) ) | |
| Defendant | ) | |

ORDER OF DISMISSAL

This matter coming to be heard on the Plaintiff's Motion to Voluntarily Dismiss the above cause of action, all parties having been given due notice and the court advised in its premises,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Voluntarily Dismiss is granted.

2. The court shall retain jurisdiction to enforce the terms of the settlement.

Enter:
_____

Harold M. Saalfeld
Attorney for Plaintiffs
ARDC # 6231257
25 N. County Street, Suite 2R
Waukegan, IL 60085
Tel:    847 249 7538
Fax:    847 406 5032 haroldsaalfeld@yahoo.com