Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1908 | DATE | 7/24/2008 |
| CASE TITLE | Blackwing Bison Meats, Inc. Vs. UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA | | |

**DOCKET ENTRY TEXT**

Enter Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|