IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Blackwing Bison Meats, Inc. and )<br>Blackwing Ostrich Meats, Inc., )<br>Illinois Corporations )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNION OF ORTHODOX JEWISH )<br>CONGREGATIONS OF AMERICA )<br>)<br>Defendant ) | Case No.   08CV 1908<br>Honorable Charles Norgle |

ORDER OF DISMISSAL

This matter coming to be heard on the Plaintiff's Motion to Voluntarily Dismiss the above cause of action, all parties having been given due notice and the court advised in its premises,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Voluntarily Dismiss is granted.

2. The court shall retain jurisdiction to enforce the terms of the settlement.

Enter: _____
7/24/2008

Harold M. Saalfeld
Attorney for Plaintiffs
ARDC # 6231257
25 N. County Street, Suite 2R
Waukegan, IL 60085
Tel:   847 249 7538
Fax:   847 406 5032   haroldsaalfeld@yahoo.com